IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL E. MATTHEWS, etc.,

    Plaintiffs,

v.                        CASE NO. 4:13cv677-RH/CAS

WALGREEN CO.,

    Defendant.

_____/

ORDER EXTENDING THE DEADLINE
TO FILE OTHER 12(b) MOTIONS

The defendant's motion, ECF No. 11, to extend the deadline to file other Federal Rule of Civil Procedure 12(b) motions is GRANTED IN PART.[1] The deadline is extended until 14 days after a further ruling on the motion for an extension. The plaintiffs must file by March 24, 2014, a response to the motion for an extension, as well as a response to the pending motion to dismiss, transfer, or

---

[1] Because of the need for an immediate ruling, this order has been entered without awaiting the plaintiffs' response to the motion to extend the deadline. But this order grants and extension only long enough to receive and consider the plaintiffs' response.

Case No. 4:13cv677-RH/CAS

stay, ECF No. 12.  In further addressing the motion to dismiss, transfer, or stay, the parties may wish to consider these recent orders: Order Staying the Case, *McLeod v. Maidenform Brands, Inc.*, No. 4:13-cv-661-RH-CAS, Feb. 19, 2014, ECF No. 22; and Order Staying the Case, *Walden v. Ocwen Loan Serving, LLC*, No. 4:13-cv-361-RH-CAS, Oct. 15, 2013, ECF No. 22.

SO ORDERED on March 12, 2014.

s/Robert L. Hinkle  
United States District Judge